## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## NEW HAVEN DIVISION

| | | |
|---|---|---|
| In re:<br>PETER SIKES<br>           Debtor | : <br> : <br> : <br> : | Case No. 19-30419 (AMN)<br><br>Chapter 7 |
| BARBARA H. KATZ, CHAPTER 7<br>BANKRUPTCY TRUSTEE<br><br>           Plaintiff,<br><br>v.<br><br>ANDREA SIKES<br><br>           Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | <br><br><br><br><br>Adversary Proceeding No. 21-03008<br><br><br><br>MARCH 15, 2022 |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), as made applicable by Fed. R. Bankr. P. 7041, the parties hereby stipulate that this adversary proceeding and all claims asserted herein are hereby dismissed without costs in accordance with the Trustee's Report of Abandonment filed on March 13, 2022 (Doc. Id. 88) in Case No. 19-30419.

| | |
|---|---|
| BARBARA H. KATZ, TRUSTEE<br>OF THE BANKRUPTCY ESTATE<br>OF PETER SIKES<br><br>BY HER COUNSEL,<br><br>By: /s/ Kara S. Rescia<br>Kara S. Rescia, Esq. #18001<br>Paige M. Vaillancourt, Esq. #30742<br>Rescia Law, P.C.<br>5104A Bigelow Commons<br>Enfield, CT 06082<br>Tel No. (860) 452-0052<br>Email kara@ctmalaw.com<br>Email paige@ctmalaw.com | ANDREA SIKES<br><br><br><br>BY HER COUNSEL,<br><br>By: /s/Timothy D. Miltenberger<br>Timothy D. Miltenberger (ct08874)<br>Coan Miltenberger LLC<br>157 Church Street, 19th Floor<br>New Haven, CT 06510<br>(203) 624-4756<br>tim@coanmiltenberger.com |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## NEW HAVEN DIVISION

| | | |
|---|---|---|
| In re:<br>    PETER SIKES<br>    Debtor | : <br> : <br> : <br> : | Case No. 19-30419(AMN)<br><br>Chapter 7 |
| BARBARA H. KATZ, CHAPTER 7<br>BANKRUPTCY TRUSTEE<br>    Plaintiff, | : <br> : <br> : <br> : | |
| v. | : <br> : | Adversary Proceeding No. 21-03008 |
| ANDREA SIKES<br>    Defendant. | : <br> : <br> : | March 15, 2022 |

### CERTIFICATE OF SERVICE

    The undersigned, Kara S. Rescia, hereby certifies that on March 15, 2022 in accordance with Rules 7004, 7005, and 9014 F.R. Bank. P., I served the Stipulation of Dismissal on all interested parties either electronically or via first class U.S. mail:

Office of the United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Counsel for Defendant
Timothy D. Miltenberger, Esq.
Cohn Birnbaum & Shea P.C.
100 Pearl Street, 12th Floor
Hartford, CT 06103

                                                /s/Kara S. Rescia
                                                Kara S. Rescia, Esq.